

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-14-00372-CR

Andres Ramon **JUAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0936B
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Jason Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

It is so ORDERED on October 27, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk of Court